UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| **MARY JOE BUNDY EVERAGE,**<br><br>**Plaintiff,**<br><br>V.<br><br>**CENTRAL BROADCASTING SYSTEMS CORPORATION, INC., CBS TELEVISION STATIONS, CBS NEWS THIS MORNING, CBS TELEVISION CITY, CBS AFFILIATE WYMT, and CBS AFFILIATE WKYT,**<br><br>**Defendants.** | CIVIL ACTION NO. 7:18-102-KKC<br><br>**JUDGMENT** |

In accordance with the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1. The complaint by Mary Joe Bundy Everage (DE 1) and all claims against all defendants are DISMISSED with prejudice;

2. This matter is STRICKEN from the Court's active docket; and

3. This judgment is FINAL and APPEALABLE.

Dated March 6, 2019

*Karen K. Caldwell*

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY